IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHAWN KNIESLY,<br><br>        Defendant. | **4:20CR3055**<br><br>**ORDER** |

Defendant has moved to suppress evidence obtained during a search conducted pursuant to a search warrant.

IT IS ORDERED:

1) On or before November 9, 2020, Defendant shall file an index of evidence in support of the motion to suppress which includes a copy of the challenged warrant application, the warrant issued, and the warrant return.

2) The index of evidence and its accompanying exhibits shall be filed as restricted access documents.

3) Absent timely filling the index of evidence, Defendant's motion to suppress evidence obtained from the search conducted pursuant to the challenged warrant may be denied without a hearing or further notice.

Dated this 2nd day of November, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge