IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SHAWN KNIESLY,<br><br>              Defendant. | 4:20CR3055<br><br>**ORDER** |

Due to the pandemic, the parties have jointly requested a continuance of the suppression hearing previously scheduled for January 11, 2021. Upon consideration of the risks of exposure to the COVID-19 virus,

IT IS ORDERED:

1) The parties' motion to continue, (Filing No. 31), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (Filing No. 21), will be held before the undersigned magistrate judge on February 18, 2021 at 1:00 p.m. in Courtroom #2, United States Courthouse, 100 Centennial Mall N., Lincoln, Nebraska. Two hours have been set aside for this hearing.

3) Trial of this case is continued pending resolution of any pretrial motions filed.

December 17, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge