IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SHAWN KNIESLY,<br><br>              Defendant. | **4:20CR3055**<br><br>**ORDER** |

IT IS ORDERED that the trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on November 1, 2021, for a duration of four (4) trial days. This case is set as the first trial. Jury selection will be held at commencement of trial.

The status conference currently set before the undersigned magistrate judge <u>remains set</u> for October 12, 2021, at 10:00 a.m.

Dated this 1st day of October, 2021.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge